**Opinion filed May 28, 2009**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-07-00366-CR

_____

## JOHN WILLIAM LAYTON, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CR19046**

### M E M O R A N D U M   O P I N I O N

The jury convicted John William Layton of driving while intoxicated with a child as a passenger and assessed his punishment at confinement in a state jail facility for one year. We affirm.

After a hearing pursuant to TEX. R. APP. P. 38.8(b), the trial court found that appellant was not indigent and concluded that appellant had either failed to make the necessary arrangements for the filing of his brief or had abandoned his appeal. Therefore, pursuant to Rule 38.8(b)(4), we will consider this appeal on the record alone.

We have reviewed the record before us and note that it does not contain reversible error. TEX. R. APP. P. 44.2(a). Therefore, the judgment of the trial court is affirmed.

PER CURIAM

May 28, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.